```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 09789
   CURTIS E PEARSON
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-1800

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/21/2008 and was not confirmed.

     The case was dismissed without confirmation 07/21/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI CURRENT MORTG          .00           .00            .00
SELECT PORTFOLIO SERVICI MORTGAGE ARRE     45000.00           .00            .00
SELECT PORTFOLIO SERVICI UNSECURED         NOT FILED          .00            .00
DIRECT TV                UNSECURED         NOT FILED          .00            .00
HSBC ORCHARD BANK        UNSECURED         NOT FILED          .00            .00
NICOR GAS                UNSECURED         NOT FILED          .00            .00
TRIBUTE                  UNSECURED         NOT FILED          .00            .00
ROUNDUP FUNDING LLC      UNSECURED            714.60          .00            .00
INTERNAL REVENUE SERVICE PRIORITY            5250.63          .00            .00
INTERNAL REVENUE SERVICE UNSECURED          12854.19          .00            .00
THADDEUS J HUNT          DEBTOR ATTY            .00                          .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                              .00

PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                                   .00
ADMINISTRATIVE                                              .00
TRUSTEE COMPENSATION                                        .00
DEBTOR REFUND                                               .00
                              ---------------        ---------------
TOTALS                                .00                   .00




              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 09789 CURTIS E PEARSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```